**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | | |
|---|---|---|
| **ERIK B. CHERDAK** | ) | |
| | ) | **Case No.** 1:10-cv-1029-LO-JFA |
| Plaintiff, | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| **NORDSTROM, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Nordstrom, Inc. ("Nordstrom") respectfully moves this Court to extend Nordstrom's time to answer or otherwise respond to *pro se* plaintiff Erik B. Cherdak's Complaint to **November 15, 2010**. Mr. Cherdak served his Complaint to Nordstrom October 13, 2010, and Nordstrom's answer or other response is now due on November 3, 2010. Nordstrom seeks a 13-day extension to allow the parties additional time to resolve this matter out of court.

Mr. Cherdak has been consulted and consents to this motion.

Date: November 2, 2010

Respectfully submitted,

/s/ Robert C. Mattson_____
Steven P. Weirouch (VSB #29061)
sweirouch@oblon.com
Robert C. Mattson (VSB #43568)
rmattson@oblon.com
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, L.L.P
1940 Duke Street
Alexandria, Virginia 22314
Tel: (703) 413-3000
Fax: (703) 413-2220
*Attorneys for Defendant
Nordstrom, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of November 2010, I will electronically file the foregoing **Consent Motion for Extension of Time to Answer or Otherwise Respond to Complaint** with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

Erik B Cherdak, Esq.
149 Thurgood Street
Gaithersburg, Maryland 20878
Tel: (202) 330-1994
Fax: (1-240-235-7128
Email: efunds@yahoo.com

*Pro Se*

/s/_____
Robert C. Mattson
Virginia Bar No. 43568
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, L.L.P
1940 Duke Street
Alexandria, Virginia 22314
Tel: (703) 413-3000
Fax: (703) 413-2220
rmattson@oblon.com

*Attorney for Defendant
Nordstrom, Inc.*