IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ERIK B. CHERDAK, | ) |
| | ) Case No. 1:10-cv-1029-LO-JFA |
| Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| v. | ) |
| | ) |
| NORDSTROM, INC. | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon due consideration, Defendant Nordstrom, Inc.'s consent motion for an extension of time to answer or otherwise respond to Plaintiff Erik B. Cherdak's Complaint is GRANTED.

IT IS HEREBY ORDERED that the date by which Defendant must answer or otherwise respond to Plaintiff Erik B. Cherdak's Complaint is extended to **November 15, 2010**.

Date: November 2, 2010

/s/
John F. Anderson
United States Magistrate Judge